| AO 436 (Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | |
|---|---|---|---|
| Read Instructions. | **AUDIO RECORDING ORDER** | | |

| 1. NAME JOHN D. KENNEDY, AUSA | 2. PHONE NUMBER (830) 703-2025 | 3. EMAIL ADDRESS | |
|---|---|---|---|
| 4. MAILING ADDRESS 111 E. BROADWAY, SUITE 300 | 5. CITY DEL RIO | 6. STATE TEXAS | 7. ZIP CODE 78840 |
| 8. CASE NUMBER DR18-CR-1518 | 9. CASE NAME US v Rodrigo E. Rodriguez | DATES OF PROCEEDINGS 10. FROM 12/1/2020 | 11. TO 12/1/2020 |
| 12. PRESIDING JUDGE Alia Moses | | LOCATION OF PROCEEDINGS 13. CITY Del Rio | 14. STATE Texas |

**FILED DEC 16 2020 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY ___ DEPUTY**

### 15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Specify) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | 12/01/2020 | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [x] RECORDABLE COMPACT DISC - CD | 1 | |
| [ ] ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | | |
| | ESTIMATE TOTAL | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ John D. Kennedy | 19. DATE 12/16/2020 |
|---|---|
| PROCESSED BY Vickie Garza | PHONE NUMBER |

| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
|---|---|---|---|---|
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    ORDER RECEIPT    ORDER COPY